UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kurt West

    v.                                Civil No. 10-cv-214-JL

Bell Helicopter
Textron, Inc. *et al*.

**ORDER**

The court has undertaken active consideration of the following outstanding motions:

- Motion for Protective Order [#84];
- Motion for Protective Order [#86];
- Supplemental Motion for Protective Order [#91];
- Joint Motion for Protective Order *on behalf of all Defendants* [#92]; and
- Motion for Leave to File Motion to Compel Production of Documents Responsive to Plaintiff's Second Requests [#107]

If there is any reason that the court should not actively consider the motion(s) at this time (such as an imminent settlement, resolution of the discovery issues in question, or planned mediation), counsel are requested to notify the Deputy Clerk.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: January 4, 2013

```
cc:   Sara Gutierrez Dunn, Esq.
      Annmarie A. Tenn, Esq.
      Joan A. Lukey, Esq.
      John P. O'Flanagan, Esq.
      L. Robert Bourgeois, Esq.
      Martha C. Gaythwaite, Esq.
      Brian M. Quirk, Esq.
      James C. Wheat, Esq.
      Jason L. Vincent, Esq.
      Pierre A. Chabot, Esq.
      Phillip S. Bixby, Esq.
      Marie J. Mueller, Esq.
```