**O R I G I N A L**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RICT COURT
OF NEW HAMPSHIRE

SEP 30 2013

FILED

Kurt West

    v.                                      Civil No. 10-cv-214-JL

Bell Helicopter Textron, Inc.,
et al.

## VERDICT FORM

1. Do you find that Mr. West has proven his negligence claim against Goodrich by a preponderance of the evidence?

    **NO**
    (Yes or No)
    (Proceed to Question 2.)

2. Do you find that Mr. West has proven his negligence claim against Rolls-Royce Corporation by a preponderance of the evidence?

    **NO**
    (Yes or No)
    (Proceed to Question 3.)

3. Do you find that Mr. West has proven his strict products liability claim against Goodrich by a preponderance of the evidence?

    **NO**
    (Yes or No)
    (Proceed to Question 4.)

4. Do you find that Mr. West has proven his strict products liability claim against Rolls-Royce Corporation by a preponderance of the evidence?

    **NO**
    (Yes or No)
    (Proceed to Question 5.)

5. Do you find that Mr. West has proven his strict products liability claim against Bell Helicopter Textron, Inc. by a preponderance of the evidence?

_____NO_____
(Yes or No)

(If your answer to **all** of Questions 1 through 5 is "no," then you must conclude your deliberations. If your answer to **any** of Questions 1 through 5 is "yes," then you must proceed to question 6.)

6. What amount of compensatory damages, if any, do you award to Mr. West?

_____
(State the amount in words, not figures.)

(Conclude your deliberations.)

_____
Foreperson

_____9/30/2013_____
, Date