**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 3 0 2013

**FILED**

)
KURT WEST, )
                   )
         Plaintiff, )
                   )
        v. )  Civil Action No. 1:10-cv-00214-JL
                   )
BELL HELICOPTER TEXTRON, INC., )
GOODRICH PUMP AND ENGINE )
CONTROL SYSTEMS, INC., AND )
ROLLS-ROYCE CORP., )
                   )
         Defendants. )
                   )
_____ )

## **PLAINTIFF'S EXHIBIT LIST (SEPTEMBER 9, 2013 UPDATE)**

Plaintiff Kurt West submits the following list of exhibits for use at trial:

| NUMBER | (ID)? | DESCRIPTION |
|--------|-------|-------------|
| 1 | | Bow PD Photograph 1 |
| 2 | | Bow PD Photograph 2 ✓ |
| 3 | | Bow PD Photograph 3 |
| 4 | | Bow PD Photograph 4 |
| 5 | | Bow PD Photograph 5 |
| 6 | (ID) | GPECS ECU Schematics 1 |
| 7 | (ID) | GPECS ECU Schematics 2 |
| 8 | (ID) | GPECS ECU Schematics 3 |
| 9 | (ID) | GPECS ECU Schematics 4 |
| 10 | (ID) | GPECS ECU Schematics 5 |
| 11 | (ID) | GPECS ECU Schematics 6 |
| 12 | (ID) | GPECS ECU Schematics 7 |
| 13 | (ID) | GPECS ECU Schematics 8 |
| 14 | (ID) | GPECS ECU Schematics 9 |
| 15 | (ID) | GPECS ECU Schematics 10 |
| 16 | (ID) | GPECS ECU Schematics 11 |
| 17 | (ID) | GPECS ECU Schematics 12 |
| 18 | (ID) | GPECS ECU Schematics 13 |
| 19 | (ID) | GPECS ECU Schematics 14 |
| 20 | (ID) | GPECS ECU Schematics 15 |

| 21 | (ID) | GPECS ECU Schematics 16 |
| 22 | (ID) | GPECS ECU Schematics 17 |
| 23 | (ID) | GPECS ECU Schematics 18 |
| 24 | (ID) | GPECS HMU Schematic |
| 24A | (ID) | GPECS HMU Schematic - McBrine Ex. 18 |
| 25 | | West Incident Photograph 1 |
| 26 | | West Incident Photograph 2 |
| 27 | | West Incident Photograph 3 |
| 28 | | West Incident Photograph 3 |
| 29 | | West Incident Photograph 4 |
| 30 | | |
| | | West Incident Photograph 5 |
| 31 | | West Incident Photograph 6 |
| 32 | | West Incident Photograph 7 |
| 33 | (ID) | West Incident Photograph 8 |
| 34 | (ID) | West Incident Photograph 9 |
| 35 | (ID) | West Incident Photograph 10 |
| 36 | | West Incident Photograph 11 |
| 37 | (ID) | West Incident Photograph 12 |
| 38 | (ID) | West Incident Photograph 13 |
| 39 | (ID) | West Incident Photograph 14 |
| 40 | (ID) | West Incident Photograph 15 |
| 41 | (ID) | West Incident Photograph 16 |
| 42 | (ID) | West Incident Photograph 17 |
| 43 | (ID) | West Incident Photograph 18 |
| 44 | (ID) | West Incident Photograph 19 |
| 45 | (ID) | West Incident Photograph 20 |
| 46 | (ID) | West Incident Photograph 21 |
| 47 | (ID) | West Incident Photograph 22 |
| 48 | (ID) | West Incident Photograph 23 |
| 49 | (ID) | West Incident Photograph 24 |
| 50 | (ID) | West Incident Photograph 25 |
| 51 | | Trauma Center West Records 1 |
| 52 | | Trauma Center West Records 2 |
| 53 | | Trauma Center West Records 3 |
| 54 | | Trauma Center West Records 4 |

2

| 55 ✓ |      | Trauma Center West Records 5 |
|------|------|------------------------------|
| 56 ✓ |      | Trauma Center West Records 6 |
| 57 ✓ |      | Trauma Center West Records 7 |
| 58   |      | Trauma Center West Records 8 |
| 59 ✓ |      | Trauma Center Receipt 1 |
| 60 ✓ |      | Trauma Center Receipt 2 |
| 61 ✓ |      | Trauma Center Receipt 3 |
| 62 ✓ |      | Trauma Center Receipt 4 |
| 63 ✓ |      | Trauma Center Receipt 5 |
| 64 ✓ |      | Trauma Center Receipt 6 |
| 65   | (ID) | Trauma Center Receipt 7 |
| 66   | (ID) | Australia Receipt 1 |
| 67   | (ID) | Australia Receipt 2 |
| 68   | (ID) | Australia Receipt 3 |
| 69   | (ID) | Australia Receipt 4 |
| 70   | (ID) | Australia Receipt 5 |
| 71   | (ID) | Australia Receipt 6 |
| 72   | (ID) | Australia Receipt 7 |
| 73   | (ID) | Australia Receipt 8 |
| 74   | (ID) | Australia Receipt 9 |
| 75   | (ID) | Australia Receipt 10 |
| 76   | (ID) | Australia Receipt 11 |
| 77   | (ID) | Australia Receipt 12 |
| 78   | (ID) | Australia Receipt 13 |
| 79   | (ID) | Australia Receipt 14 |
| 80   | (ID) | Australia Receipt 15 |
| 81   | (ID) | Australia Receipt 16 |
| 82   | (ID) | Australia Receipt 17 |
| 83   | (ID) | Australia Receipt 18 |
| 84   | (ID) | Australia Receipt 19 |
| 85   | (ID) | Australia Receipt 20 |
| 86   | (ID) | Australia Receipt 21 |
| 87   | (ID) | Australia Receipt 22 |
| 88   | (ID) | Australia Receipt 23 |
| 89   | (ID) | Australia Receipt 24 |
| 90   | (ID) | Australia Receipt 25 |
| 91   | (ID) | Australia Receipt 26 |
| 92   | (ID) | Australia Receipt 27 |
| 93   | (ID) | Australia Receipt 28 |
| 94   | (ID) | Australia Receipt 29 |
| 95   | (ID) | Australia Receipt 30 |
| 96   | (ID) | Australia Receipt 31 |
| 97   | (ID) | Australia Receipt 32 |
| 98   | (ID) | Australia Receipt 33 |
| 99   | (ID) | Australia Receipt 34 |

| 100 | (ID) | Australia Receipt 35 |
|---|---|---|
| 101 | (ID) | Australia Receipt 36 |
| 102 | (ID) | Australia Receipt 37 |
| 103 | (ID) | Byrne Medical Records 1 |
| 104 | (ID) | Byrne Medical Records 2 |
| 105 | (ID) | Concord Hospital Medical Records 1 |
| 106 | (ID) | Concord Hospital Medical Records 2 |
| 107 | (ID) | Concord Hospital Medical Records 3 |
| 108 | (ID) | Dartmouth Hitchcock Medical Records 1 |
| 109 | (ID) | Dartmouth Hitchcock Medical Records 2 |
| 110 | (ID) | Dartmouth Hitchcock Receipt 1 |
| 111 | (ID) | Dartmouth Hitchcock Receipt 2 |
| 112 | (ID) | Dartmouth Hitchcock Receipt 3 |
| 113 | (ID) | Lahey Medical Records 1 |
| 114 | (ID) | Lahey Medical Records 2 |
| 115 | (ID) | Lahey Medical Records 3 |
| 116 | (ID) | Lahey Medical Records 4 |
| 117 | (ID) | Lahey Medical Receipt 1 |
| 118 | (ID) | Lahey Medical Receipt 2 |
| 119 | (ID) | Lahey Medical Receipt 3 |
| 120 | (ID) | Lahey Medical Receipt 4 |
| 121 | (ID) | Lahey Medical Receipt 5 |
| 122 | (ID) | Lahey Medical Receipt 6 |
| 123 | (ID) | Lahey Medical Receipt 7 |
| 124 | (ID) | Lahey Medical Receipt 8 |
| 125 | (ID) | Nashua West Adult Medical Records 1 |
| 126 | (ID) | Nashua West Adult Medical Records 2 |
| 127 | (ID) | SNHMC Medical Records 1 |
| 128 | (ID) | SNHMC Medical Records 2 |
| 129 | (ID) | SNS Procedure Photograph 1 |
| 130 | (ID) | SNS Procedure Photograph 2 |
| 131 | (ID) | 2003.05.14 - Email re Goodrich Systemic Issues |
| 131A | (IRD) | 2003.05.14 - Email re Goodrich Systemic Issues - Ronan Ex. 22 |
| 132 | (ID) | 2004.05.05 - Email re Removals Database Status |
| 132A | (IRD) | 2004.05.05 - Email re Removals Database Status - Ronan Ex. 17 |
| 133 | (ID) | 2004.07.07 - Email re Compliance with CEB 73-6036 |
| 133A | (IRD) | 2004.07.16 Email Chain re July Rep Update - Ronan Ex. 6 |
| 134 | (ID) | 2009.01.23 - Email from Ronan re West Incident Recorder Download |
| 134A | (ID) | 2009.01.23 Attachment to Ronan email to Riser |
| 134B | (IR) | 2009.01.23 - Email from Ronan re West Incident Recorder Download - Ronan Ex. 19 |
| 135 | (ID) | 2009.03.04 - Ronan email re engine test |
| 135A | (ID) | McBrine 2012.03.27 Ex. 3 |
| 135B | (IR) | 2009.03.04 - Ronan email re engine test - Ronan Ex. 20 |
| 135C | (ID) | 2009.03.04 Ronan email re engine test - Riser Ex. M |

| 136 | | 136_CEB 73-6036 Rev. 3 |
|---|---|---|
| 136C | (X) | CEB 73-6036 Rev. 3 - Ronan Ex. 4 |
| 137 | (ID) | Colonics Receipts - Celeste Day Spa |
| 138 | (ID) | Colonics Receipts - Clough Colon Hydrotherapy |
| 139 | (ID) | Colonics Receipts - Gardens Wellness |
| 140 | (ID) | Colonics Receipts - Groton Dental Wellness Spa |
| 141 | (ID) | Colonics Receipts - ISIS Holistic Clinic |
| 142 | (ID) | Colonics Receipts - Lifetime Health and Consulting |
| 143 | (ID) | Colonics Receipts - North East Lifestyle Med |
| 144 | (ID) | Rolls Royce Engine Investigation Report on West Incident |
| 144A | (ID) | Rolls Royce Engine Investigation Report on West Incident - Riser Ex. K |
| 145 | | 2009.02.03 - Email re: West IR Data |
| 145A | (ID) | 2009.02.03 Email re West IR Data - Riser Ex. H |
| 146 | (ID) | ASB 407-99-28 |
| 146A | (ID) | ASB 407-99-28 - Stuntzner Ex. 4 |
| 147 | (ID) | Bell Accident Investigation Record for West Incident |
| 147A | (X) | Bell Accident Investigation Record for West Incident - Stuntzner Ex. 17 |
| 148 | (ID) | CSL 6100 |
| 148A | (ID) | CSL 6100 - Stuntzner Ex. 8 |
| 149 | (X) | Photograph of West Cockpit - Stuntzner Ex. 19 |
| 150 | (ID) | 2009.01.30 - Email Chain re: West IR Data |
| 150A | (X) | 2009.01.30 - Email Chain re: West IR Data - Stuntzner Ex. 16 |
| 151 | (ID) | Scherer Record 1 |
| 152 | (ID) | Scherer Record 2 |
| 153 | (ID) | Scherer Record 3 |
| 154 | (ID) | Scherer Record 4 |
| 155 | (ID) | Scherer Record 5 |
| 156 | (ID) | Scherer Record 6 |
| 157 | (ID) | Scherer Record 7 |
| 158 | (ID) | Scherer Record 8 |
| 159 | (ID) | Scherer Record 9 |
| 160 | (ID) | Scherer Record 10 |
| 161 | (ID) | Scherer Record 11 |
| 162 | (ID) | Scherer Record 12 |
| 163 | (ID) | Scherer Record 13 |
| 164 | (ID) | Scherer Record 14 |
| 165 | (ID) | Scherer Record 15 |
| 166 | (ID) | Scherer Record 16 |
| 167 | (ID) | Scherer Record 17 |
| 168 | (ID) | Scherer Record 18 |
| 169 | (ID) | Scherer Record 19 |
| 170 | (ID) | Scherer Record 20 |
| 171 | (ID) | Scherer Record 21 |

| 172 | (ID) | Scherer Record 22 |
|---|---|---|
| 173 | (ID) | Scherer Record 23 |
| 174 | (ID) | Scherer Record 24 |
| 175 | (ID) | Scherer Record 25 |
| 176 | (ID) | Scherer Record 26 |
| 177 | (ID) | Scherer Record 27 |
| 178 | | Arrow Logbook Entries |
| 179 | | Rolls Royce Engine Assembly Inspection Records 7 |
| 180 | | Rolls Royce Engine Assembly Inspection Records 9 |
| 181 | | Rolls Royce Engine Assembly Inspection Records 11 |
| 182 | | Rolls Royce Engine Assembly Inspection Records 14 |
| 183 | (ID) | 2010.10.28 - FAA Airworthiness Directive Compliance Report |
| 184 | | 2009.12.03 - West Engine Service Accessory Record |
| 185 | | 2009.12.11 - Authorized Release Certificate for West HMU |
| 186 | (ID) | 2009.11.12 - Rolls Royce Engine Services Component Condition Report |
| 187 | | 2009.10.22 - Service Record for West Compressor Assembly |
| 188 | | 2009.10.22 - Assembly Record for West Compressor Assembly |
| 189 | | 2009.11.12 - Overhaul Diagram for West Compressor Assembly |
| 190 | (ID) | 2010.10.28 - FAA Airworthiness Directive Compliance Report |
| 191 | (ID) | Bell Final Technical Data Status Related to West Helicopter |
| 192 | | 2005.01.10 - Repair and Alteration Report for Skymap Tracker |
| 193 | | 2004.03.25 - Major Repair and Alteration Report |
| 194 | | 2009.08.17 - Email Chain re: Return of Accident HMU and ECU |
| 195 | (ID) | 2009.08.14 - Email Chain re: Release of West ECU and HMU |
| 196 | (ID) | 2009.04.30 - Email Chain re: Salvage Award Letter |
| 197 | (ID) | West Incident Incident Recorder Plot Color |
| 198 | | 2008.12.22 - Altitude Data for Accident Flight |
| 199 | | Business Cards of Investigation Parties |
| 200 | (ID) | NTSB Draft Factual Report West Incident |
| 201 | | 2009.01.21 - Stuntzner Interview Notes re: West, Newcomb, and Sharkey |
| 202 | | 2009.01.21 - ECU Download from West Helicopter |
| 203 | | Incident Recorder Data from West Helicopter |
| 204 | | 2009.01.22 - Email from Stuntzner re: West Investigation |
| 205 | (ID) | 2009.01.29 - Email Chain re Accident Investigation |
| 206 | | 2009.01.30 - Email Chain re Engine Investigation |
| 207 | | 2009.02.02 - Email Chain re: West IR Data |
| 208 | (ID) | 2009.02.03 - Email Chain re Accident Investigation |
| 209 | | 2009.03.04 - Email re: West Engine Test Run |
| 210 | (ID) | 2009.03.05 - Email Chain re GPECS Involvement in Investigation |
| 211 | | 2009.03.13 - Email re Accident Fuel System Examination |
| 212 | (ID) | 2009.03.25 - Email Chain re Accident Investigation |
| 213 | | 2009.03.26 - Email re: T-Fitting and Check Valve |
| 214 | (ID) | 2009.03.27 - Email Chain re Accident Investigation |

| 215 | (ID) | 2009.05.13 - Email Chain re Accident Investigation |
| 216 | (ID) | 2009.05.21 - Email Chain re Disposition of Accident Engine |
| 217 | (ID) | 2010.07.26 - Email Chain re Draft NTSB Factual Report |
| 218 | (ID) | Sharkey's Notes from Inspection |
| 219 | (ID) | West Engine Service and Maintenance Records |
| 220 | (ID) | 2009.01.29 - Email Chain re: West Investigation |
| 221 | (ID) | West ECU January 2009 Incident Recorder Download |
| 222 | (ID) | 2009.10.07 - Email Chain re Status of West Investigation |
| 223 | (ID) | 2009.10.05 - Email re: Status of West Investigation |
| 224 | | 2009.01.15 - Bell Flight Safety Mishap Report |
| 225 | | 2009.05.29 - GPECS West Repair Report |
| 226 | | West 2008 Flight Time Records |
| 227 | | West 35A System Training Certificate from GPECS |
| 228 | | Helicopter Bill of Sale to Speedway |
| 229 | (ID) | Morelia Incident Bell Preliominary Mishap Notification |
| 230 | (ID) | Morelia Incident Bell Helicopter Accident Investigation Record |
| 231 | (ID) | Morelia Incident Bell Notes of Interview with Pilot |
| 232 | (ID) | Morelia Incident ECU and IR Download |
| 233 | (ID) | Morelia Incident Summary of Test Cell Run |
| 234 | (ID) | Morelia Incident Final Acceptance Test Data *page 5 of 8 IC stricken 9/12* |
| 235 | (ID) | Morelia Incident IR Download |
| 236 | (ID) | Morelia Incident 2006.04.28 Email Chain |
| 237 | (ID) | Morelia Incident 2006.06.01 Email Chain |
| 238 | (ID) | Morelia Incident 2006.06.13 Chain |
| 239 | (ID) | Decatur Incident Bell Helicopter Accident Investigation Record |
| 240 | (ID) | 2010.01.05 - Email Chain re: Pilot Statement in Decatur Incident |
| 241 | (ID) | Decatur Incident Rolls-Royce Engine Investigation Report |
| 242 | (ID) | Decatur Incident Statement of Party Representatives |
| 243 | (ID) | India Incident Bell Final Investigation Report |
| 244 | (ID) | India Incident Bell and Rolls-Royce Answers to DGCA Questions |
| 245 | (ID) | India Incident Rolls-Royce Engine Investigation Report |
| 246 | (ID) | India Incident Bell Factual Observations |
| 247 | (ID) | India Incident 2006.08.02 Email Chain |
| 248 | (ID) | India Incident Bell Response to DGCA Fax *Subject to Reduction* |
| 249 | (ID) | Bell 407 Manufacturer's Data re FADEC Excerpts |
| 250 | (ID) | ASB 407-03-60 |
| 251 | (ID) | ASB 407-04-62 |
| 252 | (ID) | ASB 407-96-2 |
| 253 | (ID) | ASB 407-96-5 |
| 254 | (ID) | ASB 407-96-6 |
| 255 | (ID) | ASB 407-97-8 |
| 256 | (ID) | ASB 407-99-31 |
| 257 | (ID) | Bell Information Letter 407-03-71 |
| 258 | (ID) | India Incident 2006.08.14 Email Chain re Incident Recorder Logic *subject to reduction* |
| 259 | (ID) | India Incident 2006.08.14 Email Chain |

Handwritten annotations: "2349", "9/17", "9/17"

| 260 | (ID) | India Incident 2006.09.01 Email re Accident Profile |
|---|---|---|
| 261 | (ID) | India Incident 2006.10.30 Letter from Indian Government |
| 262 | (ID) | India Incident 2006.12.13 Letter from Indian Government |
| 263 | (ID) | India Incident 2006.12.21 Email Chain re FADEC Reliability Information |
| 264 | (ID) | India Incident 2007.03.01 Email Chain |
| 265 | (ID) | India Incident 2008.07.23 Letter from Indian Government |
| 266 | (ID) | Photograph of West Helicopter Particle Separator |
| 267 | (ID) | Castle Air Incident Bell Report |
| 268 | (ID) | Elipiu Incident Bell Report |
| 269 | (ID) | PHI Incident Bell File |
| 270 | (ID) | Forest Service Incident Bell File |
| 271 | (ID) | Irwin Incident Bell Preliminary Report |
| 271A | (ID) | Irwin Incident Bell Preliminary Report RD |
| 272 | (ID) | Taji Incident Bell Preliminary Report |
| 272A | (ID) | Taji Incident Bell Preliminary Report RD |
| 273 | (ID) | Tal Afar Incident Bell Aircraft Incident Notification Report |
| 273A | (ID) | Tal Afar Incident Bell Aircraft Incident Notification Report RD |
| 274 | (ID) | Tal Afar Incident Bell Flight Safety Mishap Report |
| 274A | (ID) | Tal Afar Incident Bell Flight Safety Mishap Report RD |
| 275 | (ID) | Kandahar Incident Bell Aircraft Mishap Notification |
| 275A | (ID) | Kandahar Incident Bell Aircraft Mishap Notification RD |
| 276 | (ID) | Kandahar Incident Bell Safety Mishap Report |
| 276A | (ID) | Kandahar Incident Bell Safety Mishap Report RD |
| 277 | (ID) | 2009.01.28 - Email Chain re: Bell Coordination on Overspeed |
| 278 | (ID) | 2011.04.07 - Email Chain re: 407 FADEC |
| 279 | (ID) | 2009.05.21 - Email Chain re: 35R+ Faults |
| 280 | (ID) | 2009.06.15 - Email Chain re: 35R+ Faults |
| 281 | (ID) | 1998.03.09 - Rolls Royce Presentation on Development of Reversionary Mode |
| 282 | (ID) | 2001.02.01 - Rolls Royce 250-C47B PSSHAC |
| 283 | (ID) | 1997.09.02 - Bell/Allison Coordination Memo re: 5.201 Software |
| 284 | (ID) | Bell 407-960-011 Rev. D dated 09.08.1997 |
| 285 | (ID) | Rolls-Royce EDR 18623 Safety/Hazard Analysis Report |
| 286 | (ID) | 1998.11.20 - Bell Memo to File re: Visit to Chandler |
| 287 | (ID) | Jacksonville Incident Rolls-Royce Status Report |
| 288 | (ID) | 1998 Rolls-Royce FADEC Reliability Update |
| 289 | (ID) | Bell Untitled List of Incidents |
| 290 | (ID) | GPECS ATP and ESS Procedures |
| 291 | (ID) | GPECS Standard Procedure re Nonconforming Material |
| 292 | (ID) | GPECS Procedure re: Test Equipment Control and Calibration |
| 293 | (ID) | Service Bulletin 73-32 re PLA and MV Potentiometers |
| 294 | (ID) | CEB 73-6011 |
| 295 | (ID) | PMI 10003 |
| 296 | (ID) | Component Maintenance Manual for 35A ECU 1997 |

9\↑ (handwritten)

| 297 | (ID) | PMI 10015 re Power Supply Distribution |
|---|---|---|
| 298 | (ID) | PSIL re OSPS Design Improvement |
| 299 | (ID) | CEB 73-6048 |
| 300 | (ID) | Service Bulleting 73-1 re 35A to 35R Conversion |
| 301 | (ID) | 2009.05.13 - Email Chain re: West Accident, GPECS Data Review |
| 302 | (ID) | Purchase Agreement between Rolls-Royce and GPECS |
| 303 | (ID) | GPECS Documents re: Transfer of Accident HMU and ECU to Arrow |
| 304 | | West HMU GPECS Short Report |
| 305 | (ID) | West ECU June 2009 ESS Test Results |
| 306 | | West ECU June 2009 ATP Test Results |
| 307 | | West ECU GPECS Short Report |
| 308 | (ID) | FMECA Vol. I re 35A 250-C47B, 1998   *may be substituted* — *w Certified Copy* |
| 309 | | CEB 73-6015 Rev. 2 |
| 310 | (ID) | CEB 73-6017 Rev. 2 |
| 311 | (ID) | CEB 73-6014 Rev. 3 |
| 312 | (ID) | GPECS Component Maintenance Manual re HMU |
| 313 | (ID) | GPECS Component Maintenance Manual re: 35A HMU Rev. 1 |
| 314 | (ID) | ECP 99-025 Supp. A re 35A |
| 315 | (ID) | West ECU June 2009 ATP Results |
| 316 | (ID) | CEB 73-6022 Rev. 4 |
| 317 | (ID) | NTSB Factual Report for West Incident   → *Redacted ... vecsion* |
| 318 | (ID) | Bow Police Dept. Incident Report re: West Accident |
| 319 | (ID) | Product Support Agreement between Rolls-Royce and GPECS |
| 320 | (ID) | West ECU June 2009 ESS Test Results |
| 321 | | West ECU January 2009 Download 1 |
| 322 | | West ECU January 2009 Download 2 |
| 323 | | 2009.01.05 - GPECS Field Event Report on West Incident |
| 324 | (ID) | West Incident GPECS Repair Report E12654 |
| 325 | | West ECU June 2009 GPECS Test Instructions |
| 326 | (ID) | West ECU September 2003 GPECS NCMR Log |
| 327 | (ID) | West ECU September 2003 GPECS NCMR Report 1 |
| 328 | (ID) | West ECU September 2003 GPECS NCMR Report 2 |
| 329 | (ID) | West ECU September 2003 GPECS Final Assembly Inspection Control Card |
| 330 | (ID) | PSIL re OSPS Design Improvement, Kiowa |
| 330A | (ID) | PSIL re OSPS Design Improvement, Kiowa RD |
| 331 | (ID) | PMI 10030 re Software Upgrade |
| 332 | (ID) | West ECU September 2003 GPECS NCMR Report 3 |
| 333 | (ID) | 35R Primary Governor Block Diagram |
| 334 | (ID) | Relight Flow vs. Ambient Pressure Graph |
| 335 | (ID) | GPECS Certification Plan for the 35R Software Upgrade in C47B |
| 336 | (ID) | IFM 10-009 |
| 337 | (ID) | FMECA Vol. I re 35R 250-C47B, 2008 |
| 338 | (ID) | GPECS 35A/R HMU for C47B/M |
| 339 | (ID) | Diagram of ECU/HMU |

*Handwritten margin notes: next to 308 "w Certified Copy"; next to 317 "*317(a) Redacted version admitted"*

| 340 | (ID) | Rolls Royce Reversionary Governor Program Presentation |
|---|---|---|
| 341 | (ID) | Rucker Incident IR Data |
| 342 | (ID) | Rucker Incident GPECS ECU Short Report |
| 342A | (ID) | Rucker Incident GPECS ECU Short Report RD |
| 343 | (ID) | OH-58D Incident Investigation Summary |
| 343A | (ID) | OH-58D Incident Investigation Summary RD |
| 344 | (ID) | West ECU June 2009 ATP Test Results |
| 345 | (ID) | West ECU June 2009 ESS Summary |
| 346 | (ID) | West ECU June 2009 Repeat Test 13 Results |
| 347 | (ID) | SRS re 35R, C-213 Rev. J |
| 348 | (ID) | GPECS Model 250 First Network Global Conference Presentation |
| 349 | (ID) | 2010.06.02 - Email Chain re: EMC-35 Tantalum Capacitor Changes |
| 350 | (ID) | 2010.03.02 - Email Chain re: EMC-35 Tantalum Capacitor Changes |
| 350A | (ID) | 2010.03.02 - Email Chain re: EMC-35 Tantalum Capacitor Changes RD |
| 351 | (ID) | GPECS CLRP re ECU Power Supply |
| 352 | (ID) | 2008.12.18 - Email Chain re: FBI Houston Accident |
| 353 | (ID) | GPECS CLRP re ECU Power Supply |
| 354 | (ID) | Service Bulletin 73-4 DRAFT re OSPS |
| 355 | (ID) | Service Bulletin 73-X DRAFT re OSPS |
| 356 | (ID) | IFM 07-004 1 |
| 357 | (ID) | IFM 07-004 2 |
| 357A | (ID) | IFM 07-004 2 RD |
| 358 | (ID) | 2007.02.20 Email Chain re: FMECA Revision |
| 358A | (ID) | 2007.02.20 Email Chain re: FMECA Revision RD |
| 359 | (ID) | IFM 07-008 |
| 360 | (ID) | IFM 07-019 |
| 361 | (ID) | IFM 07-024 1 |
| 362(A) | (X) | IFM 07-024 2 Subject to redaction |
| 363 | (ID) | IFM 07-029A |
| 364 | (ID) | EMC 35 Model 250 2008 Improvements |
| 365 | (ID) | IFM 07-032 2007.11.26 |
| 366 | (ID) | IFM 07-005 |
| 367 | (ID) | IFM 08-012 |
| 368 | (ID) | IFM 08-012A |
| 369 | (ID) | IFM 08-014 |
| 369A | (ID) | IFM 08-014 RD |
| 370 | (ID) | IFM 08-023 |
| 371 | (ID) | IFM 08-023 rev. A |
| 372 | (ID) | IFM 08-027 |
| 373 | (ID) | IFM 08-027 R1 |
| 374 | (ID) | IFM 08-009 |
| 374A | (ID) | IFM 08-009 RD |
| 375 | (ID) | IFM 09-001 |
| 376 | (ID) | IFM 09-022 |

10

| 377 | (ID) | IFM 09-028 |
|---|---|---|
| 378 | (ID) | IFM 09-030 |
| 379 | (ID) | IFM 09-025 |
| 380 | (ID) | IFM 06-025 |
| 381 | (ID) | IFM 06-022 |
| 382 | (ID) | IFM Attachment based on Nov. 14, 2006 |
| 383 | (ID) | 2009.08.06 EMC35R Investigation Status |
| 384 | (ID) | GPECS CLRP re Power Supply Ta Cap Upgrade |
| 385 | (ID) | 2009.01.23 GPECS Product Support Summary |
| 385A | (ID) | 2009.01.23 GPECS Product Support Summary RD |
| 386 | (ID) | 2007.02.07 35A ECU Design Analysis |
| 386A | (ID) | 2007-.02.07 35A ECU Design Analysis RD |
| 387 | (ID) | GPECS Short Report re Power Supply Reliability Review |
| 388 | (ID) | GPECS Short Report Summary re Tantalum Capacitor Alternative |
| 389 | (ID) | PPRB Meeting Recap, Oct. 3, 2007 |
| 390 | (ID) | 2010.09.08 Email Chain re: Capacitor Changes |
| 390A | (ID) | 2010.09.08 Email Chain re: Capacitor Changes RD |
| 391 | (ID) | 2010.05.18 Email Chain re: Confirmed Ta Capacitor Failures |
| 391A | (ID) | 2010.05.18 Email Chain re: Confirmed Ta Capacitor Failures RD |
| 392 | (ID) | 2010.05.13 Email Chain re: Implementation of Capacitor Change |
| 392A | (ID) | 2010.05.13 Email Chain re: Implementation of Capacitor Change RD |
| 393 | (ID) | 2008.09.26 Email Chain re: Capacitor Change |
| 394 | (ID) | 2008.06.18 Email Chain re: Software Upgrade |
| 395 | (ID) | 2007.02.26 Email Chain re: FMECA Revisions |
| 395A | (ID) | 2007.02.26 Email Chain re: FMECA Revisions RD |
| 396 | (ID) | 2007.01.26 Email Chain re IFM |
| 397 | (ID) | Pannullo Recommendations re: 35A Capacitor |
| 398 | (ID) | IFM 07-002 |
| 399 | (ID) | Kurt West - JBI Piloting Records |
| 400 | (ID) | Kurt West 2009 Timecards |
| 401 | (ID) | West 2009 Time Cards |
| 402 | (ID) | West 2010 Time Cards |
| 403 | (ID) | West 2011 Time Cards |
| 404 | (ID) | West 2011 Time Cards |
| 405 | (ID) | West 2012 Time Cards |
| 406 | (ID) | West 2008-2009 Time Cards |
| 407 | (ID) | Bell Helicopter Log and Technical Log for West Helicopter |
| 408 | (ID) | Rolls Royce Maintenance and Inspection Records for West Engine |
| 409 | | JBI Documents for Incident Helicopter |
| 410 | | JBI Maintenance Records for Incident Helicopter |
| 411 | (ID) | ASB 407-07-75 |
| 412 | | List of Optional Equipment on Incident Helicopter |
| 413 | (ID) | Incident Helicopter Registration |
| 414 | (ID) | JBI Incident Helicopter Photographs 1 |
| 415 | (ID) | JBI Incident Helicopter Photographs 2 |

| 416 | | West Incident GPS Data |
|-----|------|---------------------------------------------------------------|
| 417 | (ID) | JBI Incident Helicopter Photographs 3 |
| 418 | (ID) | JBI Incident Helicopter Photographs 4 |
| 419 | (ID) | JBI Monthly Flight Summaries |
| 420 | (ID) | CEB Index 2010 |
| 421 | (ID) | 2010.09.01 - Rolls-Royce Illustrated Parts Catalog |
| 422 | (ID) | Rolls Royce C47 CSLTechnical Publications Index |
| 423 | (ID) | CEB 73-6036 Rev. 1 |
| 424 | (ID) | CEB 73-6036 Rev. 2 |
| 425 | (ID) | CEB 73-6048 Rev. 4 |
| 426 | (ID) | CSL 6113 |
| 427 | | 2009.09.01 - Rolls Royce Complete Operation and Maintenance Manual |
| 428 | (ID) | CSL 6113 Rev. 2 |
| 429 | (ID) | CSL 6118 |
| 430 | | West Incident Rolls Royce Accident Report Closure |
| 431 | | 2009.03.03 - Accident Investigation Attendees |
| 432 | (ID) | ASB 407-07-75 Rev. B |
| 433 | | Typical FADEC Control System Diagram |
| 434 | (ID) | NTSB Probable Cause Report for West Incident |
| 435 | (ID) | 2009.03.05 - Email Chain re West Incident Investigation |
| 436 | (ID) | 2009.05.05 - Email Chain re West Incident Investigation |
| 437 | | 2009.01.21 - ECU download from West Helicopter |
| 438 | (ID) | Test Emergency Fuel Shutdown Incident Recorder Plot |
| 439 | (ID) | 2009.03.05 - Email Chain re Bell 407 Efforts |
| 440 | (ID) | 2009.05.12 - Email from Newcomb re Bell 407 Helicopter |
| 441 | | 2009.01.29 Email from Sharkey to Cox Re Engine Removal |
| 442 | | Photograph at Sharkeys 1 |
| 443 | | Photograph at Sharkeys 2 |
| 444 | | Photograph at Sharkeys 3 |
| 445 | | Photograph at Sharkeys 4 |
| 446 | | Photograph at Sharkeys 5 |
| 447 | | Photograph at Sharkeys 6 |
| 448 | | Photograph at Sharkeys 7 |
| 449 | | Photograph at Sharkeys 8 |
| 450 | | 2009.01.29 Email from Sharkey to Cox Re Engine Removal |
| 451 | | Photograph at Sharkeys 9 |
| 452 | | Photograph at Sharkeys 10 |
| 453 | | Photograph at Sharkeys 11 |
| 454 | | Photograph at Sharkeys 12 |
| 455 | | 2009.01.29 Email from Sharkey to Cox Re Engine Removal |
| 456 | | Photograph at Sharkeys 13 |
| 457 | | Photograph at Sharkeys 14 |
| 458 | | Photograph at Sharkeys 15 |
| 459 | (ID) | 2009.03.04 - Email from Cox re JBI Investigation New Hampshire |

| | | |
|---|---|---|
| 460 | (ID) | 2009.03.27 - Email Chain re Bell 407 |
| 461 | | 2001.09.15 - 250-C47B Engine Description and Operation |
| 462 | (ID) | 2002.02.07 - Rolls Royce Safety Analysis Field Data Update |
| 463 | (ID) | 2003.02.05 - Rolls Royce Model 250 Safety Review Board Presentation |
| 463A | (ID) | 2003.02.05 - Rolls Royce Model 250 Safety Review Board Presentation RD |
| 464 | (ID) | 2009.03.25 - Email Chain re JBI 407 |
| 9/16 465 | (ID) | 2009.04.01 - Email Chain re JBI 407   Subject to redactions |
| 466 | (ID) | 2009.05.13 - Email Chain re JBI 407 Incident, GPECS Data Review |
| 467 | (ID) | West Impeller Photograph 1 |
| 468 | | West Impeller Blade Photograph |
| 469 | (ID) | West Impeller Photograph 2 |
| 470 | | Photo of West Accident Scene 1 |
| 471 | | Photo of West Accident Scene 2 |
| 472 | | Photo of West Accident Scene 3 |
| 473 | | Photo of West Accident Scene 4 |
| 474 | | Photo of West Accident Scene 5 |
| 475 | | Photo of West Accident Scene 6 |
| 476 | | Photo of Cockpit Post-Accident |
| 477 | (ID) | Long Term Agreement Between Rolls Royce and Bell |
| 478 | | West ECU September 2003 ATP Test Data |
| 479 | (ID) | Morelia Incident Florida Complaint |
| 480 | (ID) | Long Term Agreement Between Rolls Royce and Chandler |
| 481 | (ID) | Morelia Incident Rolls Royce Engine Investigation |
| 482 | (ID) | Decatur Incident Incident Recorder Data |
| 483 | (ID) | Decatur Incident Impeller Photographs |
| 484 | (ID) | Decatur Incident NTSB Factual Report |
| 485 | (ID) | Virgina Incident Rolls Royce File |
| 486 | (ID) | Castle Air Incident Rolls Royce Accident Investigation Report |
| 487 | (ID) | PHI Incident Rolls Royce File |
| 487A | (ID) | PHI Incident Rolls-Royce File RD |
| 487B | (ID) | PHI Incident IFM 03-014 |
| 488 | (ID) | 2005.01.28 - Letter from Rolls Royce to NTSB re 35R |
| 489 | (ID) | M250 Basic Unplanned Failures of Series IV ECU |
| 490 | (ID) | CEB 73-6048 Rev. 5 |
| 491 | (ID) | CSL 6117 |
| 492 | (ID) | CSL 6125 Rev. 3 |
| 493 | (ID) | PMI I0026 |
| 494 | (ID) | EPC 08-034 |
| 495 | | GPECS April 2003 FADEC System Presentation |
| 496 | | Model 250 Program Overview |
| 497 | (ID) | Irwin Incident Rolls Royce File |
| 497A | (ID) | Irwin Incident Rolls Royce File RD |
| 498 | (ID) | Irwin Incident Rolls Royce Red Top Closure Report |

| 498A | (ID) | Irwin Incident Rolls Royce Red Top Closure Report RD |
|------|------|------|
| 499 | (ID) | Irwin Incident Rolls Royce Internal Memorandum |
| 499A | (ID) | Irwin Incident Rolls Royce Red Top Closure Report RD |
| 500 | (ID) | Irwin Incident Rolls Royce Accident Investigation Report |
| 500A | (ID) | Irwin Incident Rolls Royce Accident Investigation Report RD |
| 501 | (ID) | Taji Incident Rolls Royce Red Top Closure Report |
| 501A | (ID) | Taji Incident Rolls Royce Red Top Closure Report RD |
| 502 | (ID) | Colorado Incident McBrine Summary |
| 503 | (ID) | Kandahar Incident Rolls Royce Engine Investigation Report |
| 503A | (ID) | Kandahar Incident Rolls Royce Engine Investigation Report RD |
| 504 | (ID) | Kandahar Incident GPECS Short Report |
| 504A | (ID) | Kandahar Incident GPECS Short Report RD |
| 505 | (ID) | Kandahar Rolls Royce Accident Report Closure |
| 505A | (ID) | Kandahar Rolls Royce Accident Report Closure RD |
| 506 | (ID) | Kandahar Incident Rolls Royce Component Investigation Report |
| 506A | (ID) | Kandahar Incident Rolls Royce Component Investigation Report RD |
| 507 | (ID) | Rucker Incident Rolls Royce Report Closure |
| 507A | (ID) | Rucker Incident Rolls Royce Report Closure RD |
| 508 | (ID) | Tal-Afar Incident Rolls Royce Report Closure |
| 508A | (ID) | Tal-Afar Incident Rolls Royce Report Closure RD |
| 509 | (ID) | Rucker Incident Minutes of Rolls Royce PPSRB |
| 509A | (ID) | Rucker Incident Minutes of Rolls Royce PPSRB RD |
| 510 | (ID) | Rucker Incident 12.2006 PPSRB Presentation |
| 510A | (ID) | Rucker Incident 12.2006 PPSRB Presentation RD |
| 511 | (ID) | 2009.02.04 - Rolls Royce PPSRB Presentation |
| 511A | (ID) | 2009.02.04 Rolls Royce PPSRB Presentation RD |
| 512 | (ID) | 2009.07.31 - Rolls Royce PPSRB Presentation |
| 512A | (ID) | 2009.07.31 - Rolls Royce PPSRB Presentation RD |
| 513 | (ID) | Rolls Royce Model 250 Safety Review Board Controls Presentation |
| 513A | (ID) | Rolls Royce Model 250 Safety Review Board Controls PResentation RD |
| 514 | (ID) | 2007.03.30 - Rolls Royce PPSRB Presentation |
| 515 | (ID) | 2003.05.01 - Rolls Royce Special Site Safety Review Board Presentation |
| 515A | (ID) | 2003.05.01 Rolls Royce Special Site Safety Review Board Presentation RD |
| 516 | (ID) | 2009.12.04 - Rolls Royce PPSRB Presentation |
| 516A | (ID) | 2009.12.04 - Rolls Royce PPSRB Presentation RD |
| 517 | (ID) | IFM 07-037 |
| 518 | (ID) | Pie Chart re FOSSA Trip Rates |
| 519 | (ID) | Capacitor Failure Rate and FOSSA Rate Charts |
| 520 | (ID) | Tantalum and SMT Capacitor Summary Presentation July 2008 |
| 520A | (ID) | Tantalum and SMT Capacitor Summary Presntation July 2008 RD |
| 521 | (ID) | LOTC and Ta Capacitor Chart |
| 521A | (ID) | LOTC and Ta Capacitor Chart RD |

14

| 522 | (ID) | Rucker Incident Rolls Royce Red Top Closure Report |
|---|---|---|
| 522A | (ID) | Rucker Incident Rolls Royce Red Top Closure Report RD |
| 523 | (ID) | 2007.07.30 - Email Chain re LOTC X Factor |
| 524 | (ID) | 2007.09.19 - Email Chain re 35A Tantalum Capacitor Issue |
| 524A | (ID) | 2007.09.19 Email Chain re 35A Tantalum Capacitor Issue RD |
| 525 | (ID) | 2008.07.17 - Email Chain re FADEC Capacitor Mod Incorporation |
| 526 | (ID) | 2007.11.27 - Email re Tantalum Capacitors and SMT Capacitors |
| 527 | (ID) | Rolls Royce 250 ECU May 2008 Status Presentation |
| 527A | (ID) | Rolls Royce 250 ECU May 2008 Status Presentation RD |
| 528 | (ID) | IFM 07-028 |
| 528A | (ID) | IFM 07-028 RD |
| 529 | (ID) | IFM 07-020 |
| 530 | (ID) | IFM 07-032 2007.11.5 |
| 531 | (ID) | IFM 07-027 |
| 532 | (ID) | IFM 07-029 |
| 533 | (ID) | Stewart Incident - Email Chain re FADEC Hard Fault Incidents |
| 533A | (ID) | Stewart Incident - Email Chain re FADEC Hard Fault Incidents RD |
| 533B 9\18\13 | (ID) | Stewart Incident - Email Chain re FADEC Hard Fault Incidents – Ronan Ex. 16 RD |
| 534 | (ID) | 250-C47B Rolls Royce Control System Description Document |
| 535 | (ID) | Rolls Royce HMU Schematic |
| 536 | (ID) | PHI Incident - 2003.07.14 Email Chain re FAA Action |
| 537 | | 2004.30.30 - Rolls Royce CSL re: FADEC Operation and Maintenance Guidelines |
| 538 | (ID) | 2006.12.08 - Email Chain re ECU Capacitor Issues |
| 538A | (ID) | 2006.12.08 - Email Chain re ECU Capacitor Issues RD |
| 539 | (ID) | Red Top 2006-163 ECU Capacitor Matrix Slide |
| 540 | (ID) | Irwin Incident - Rolls Royce Accident Report Closure |
| 540A | (ID) | Irwin Incident - Rolls Royce Accident Report Closure RD |
| 540B 9\13 | (ID) | Irwin Incident – Rolls Royce Accident Report Closure – Ronan Ex. 3 RD |
| 541 | (ID) | Rucker Incident - Rolls Royce Potential Hazard Report |
| 541A | (ID) | Rucker Incident - Rolls Royce Potential Hazard Report RD |
| 542 | (ID) | Rucker Incident - GPECS Report Number E9135 |
| 542A | (ID) | Rucker Incident - GPECS Report Number E9135 RD |
| 543 | (ID) | Rolls Royce Model 250 ECU Genealogy |
| 544 | | 250-C47B Operation and Maintenance Manual (Sep. 2005) |
| 545 | (ID) | Agenda for April 2004 Reversionary Governor Meeting |
| 546 | (ID) | 2008.12.09 - Email Chain re Proposed 47M Software for Overspeed |
| 547 | (ID) | CEB 73-6026 |
| 548 | (ID) | Rolls Royce Reversionary Governor Overview Presentation |
| 549 | | 2006.09.06 - Rolls Royce C47B Commercial Turboshaft Engine |
| 550 | (ID) | CEB 73-6036 - 2004.06.11 Email Chain re Compliance |
| 551 | (ID) | PHI Incident - 2003.05.14 Email Chain re Incident Information |
| 552 | (ID) | IFM 07-039 |

admitted 552 b - redacted version (✗)

| 552A ↗ℬ | (ID) | IFM 07-039 RD subject to a redaction redaction |
|---|---|---|
| 553 ↗ | (ID) | Rucker Incident - Rolls Royce Presentation on ECU Capacitor Change |
| 553A | (ID) | Rucker Incident - Rolls Royce Presentation on ECU Capacitor Change RD |
| 554 | (ID) | EMC-35A MRO ECU Reliability Chart |
| 555 | (ID) | 2009.09.09 - Email Chain re Tantalum Capacitor Meeting Action Items |
| 556 | (ID) | Rolls Royce Reversionary Governor Reliability Analysis |
| 557 | (ID) | IFM 08-003 |
| 558 | (ID) | EMC-35A Tantalum Capacitor Failure Summary Chart |
| 559 | (ID) | Irwin Incident - GPECS Short Report on ECU |
| 559A | (ID) | Irwin Incident - GPECS Short Report on ECU RD |
| 560 | (ID) | 2006.12.08 - Email Chain re OS Counter |
| 561 | (ID) | 2007.08.13 - Email Chain re 35R and 35A Safety |
| 562 | (ID) | Rolls Royce 2007 Trip to GPECS Observations and Impressions |
| 562A | (ID) | Rolls Royce 2007 Trip to GPECS Observations and Impressions RD |
| 563 | (ID) | Tantalum & SMT Capacitor July 2008 Summary Presentation |
| 563A | (ID) | Tantalum & SMT Capacitor July 2008 Summary Presentation RD |
| 564 | (ID) | Rolls Royce EDR 22906 |
| 564A | (ID) | Rolls Royce EDR 22906 RD |
| 565 | (ID) | Rolls Royce April 2008 Model 250 Tantalum Capacitor Issue Presentation |
| 565A | (ID) | Rolls Royce April 2008 Model 250 Tantalum Capacitor Issue Presentation RD |
| 566 | (ID) | IFM OH58-RR-180 |
| 566A | (ID) | IFM OH58-RR-180 RD |
| 567 | (ID) | Rucker Incident - Rolls Royce ECU Capacitor Failure Presentation |
| 567A | (ID) | Rucker Incident - Rolls Royce ECU Capacitor Failure Presentation RD |
| 568 | (ID) | Rolls Royce EMC-35A 35R Power Supply PIP Design Analysis Summary 1 |
| 569 | (ID) | Rolls Royce EMC-35A 35R Power Supply PIP Design Analysis 2 |
| 570 | (ID) | Rucker Incident - Rolls Royce Presentation with Answers to Questions |
| 570A | (ID) | Rucker Incident - Rolls Royce Presentation with Answers to Questions RD |
| 571 | (ID) | IFM OH58-RR-154 |
| 571A | (ID) | IFM OH58-RR-154 RD |
| 572 | (ID) | 2006.11.21 Email Chain re C47M Accomplishment Data Changes |
| 573 | (ID) | IFM OH58-RR-160 |
| 573A | (ID) | IFM OH58-RR-160 RD |
| 574 | (ID) | Rolls Royce July 2008 CLS Meeting Ta Capacitor Presentation |
| 575 | (ID) | EMC-35A Tantalum Capacitor Failures Summary Chart 2008.07.17 |
| 576 | (ID) | EMC-35 OSPS Reliability Design Improvement Presentation |
| 577 | (ID) | 2008.09.03 - Email Chain re: FOSSA Questions |
| 578 | (ID) | 2008.05.15 Email Chain re: Ta Capacitors Substantiation Paper |
| 579 | (ID) | 2008.06.03 Email Chain re: Ta Capacitor Failure Rates |
| 579A | (ID) | 2008.06.03 Email Chain re: Ta Capacitor Failure Rates RD |

16

580(a) Redacted version

| 580 | (IID) | GPECS Short Report re Power Supply Transient Testing |
|---|---|---|
| 581 | (ID) | 2008.09.09 - Email Chain re: Tantalum Capacitor Meeting Action Items |
| 581A | (ID) | 2008.09.09 - Email Chain re: Tantalum Capacitor Meeting Action Items RD |
| 582 | (ID) | 2008.09.09 Email Chain re: Capacitor Changes |
| 582A | (ID) | 2008.09.09 Email Chain re: Capacitor Changes RD |
| 583 | (ID) | Rolls-Royce EDR 22906 re Tantalum Capacitor Change |
| 584 | (ID) | IFM 07-035 |
| 584A | (ID) | IFM 07-035 RD |
| 585 | (ID) | Rolls-Royce Presentation re: Ta Capacitor |
| 586 | (ID) | IFM 07-022 |
| 587 | (ID) | GPECS Short Report on 35A False Overspeed Trip Hazard Analysis Reassessment |
| 588 | (ID) | 2008.08.25 Email re: Ta Capacitor Failures |
| 589 | (ID) | 2008.11.14 Email Chain re: SMT Capacitors |
| 590 | (ID) | Rolls Royce November 2008 SMT Capacitor Change Presentation |
| 590A | (ID) | Rolls Royce November 2008 SMT Capacitor Change Presentation RD |
| 591 | (ID) | IFM 08-017 1 |
| 592 | (ID) | Rolls-Royce Comments on GPECS Substantiation for OS Change |
| 593 | (ID) | RRC Safety Board Project re Capacitor Change |
| 594 | (ID) | Revised Hazard/Safety Calculations R-2121 Rev.A |
| 595 | (ID) | IFM 08-017 2 |
| 596 | | 2003.12.05 - Optional Equipment Installed on West Helicopter |
| 597 | (IID) | Sharkey Inspection Report |
| 598 | (ID) | Lufkin Incident - GPECS Short Report |
| 599 | (IID) | Elipiu Incident - GPECS Short Report |
| 600 | (IID) | Elipiu Incident - GPECS Short Report Rev. A |
| 601 | (IID) | Elipiu Incident - GPECS Short Report Additional Analysis |
| 602 | (ID) | Castle Air Incident - GPECS Short Report on HMU |
| 603 | (ID) | Castle Air Incident - GPECS Short Report on ECU |
| 604 | (ID) | Irwin Incident - GPECS Short Report on HMU |
| 604A | (ID) | Irwin Incident - GPECS Short Report on HMU RD |
| 605 | (ID) | Irwin Incident - GPECS Short Report on ECU |
| 605A | (ID) | Irwin Incident - GPECS Short Report on ECU RD |
| 605B | (IID) | Irwin Incident – GPECS Short Report on ECU – Ronan Ex. 2 RD |
| 606 | (ID) | PHI Incident GPECS HMU Short Report |
| 607 | (ID) | PHI Incident GPECS ECU Short Report |
| 607A | (IID) | PHI Incident GPECS ECU Short Report RD |
| 608 | (ID) | Taji Incident - GPECS Short Report on HMU Rev. 1 |
| 608A | (ID) | Taji Incident - GPECS Short Report on HMU Rev. 1RD |
| 609 | (ID) | Taji Incident - GPECS Short Report on HMU |
| 609A | (ID) | Taji Incident - GPECS Short Report on HMU RD |
| 610 | (ID) | Bragg Incident - GPECS Short Report on ECU |
| 610A | (ID) | Bragg Incident - GPECS Short Report on ECU RD |

| 611 | (ID) | GPECS Short Report re Failure Mode Analysis for 35R Supplement 4 |
|------|------|---|
| 612 | (ID) | CSL 6034 |
| 612A | (ID) | CSL 6034 RD |
| 613 | (ID) | PSIL 09-001 Technical Publications Internal Review |
| 614 | (ID) | PMI I0030 |
| 615 | (ID) | Fault Isolation Manual for Bell 407 |
| 616 | (ID) | PSIL 09-001 |
| 617 | (ID) | PSIL 09-002 |
| 618 **B** | NOT | Loma Bonita Incident GPECS Short Report   subject to redaction |
| 618A | (ID) | Loma Bonita Incident GPES Short Report |
| 619 | (ID) | Loma Bonita Incident - Email re Investigation Questions |
| 620 | (ID) | Loma Bonita Incident - Incident Recorder Data 1 |
| 621 | (ID) | Loma Bonita Incident - Incident Recorder Data 2 |
| 622 | (ID) | Loma Bonita Incident Recorder Data 3 |
| 623 | (ID) | Loma Bonita Incident - Incident Recorder Snapshot Data |
| 624 | (ID) | Loma Bonita Incident Recorder Data 4 |
| 625 | (ID) | Loma Bonita Incident - GPECS Investigation Summary |
| 626 | (ID) | Loma Bonita Incident - Letter from Millar to Kemet |
| 627 | (ID) | 2013.02.01 Letter from D. Wright re Coloncs |
| 628 **A** | NOT | GPECS SRS for 35A Rev. C |
| 629 | (ID) | West Airman File |
| 630 | (ID) | Foundation Medical Partners Receipt 1 |
| 631 | (ID) | West Certificate of Recognition from Bell Training Academy |
| 632 | (ID) | West Certificate of Flight from Bell Training Academy |
| 633 | (ID) | Bell 2012 Flight Training Record for West |
| 634 | | West ECU December 2008 Incident Recorder Data 2 |
| 635 | (ID) | West ECU December 2008 Incident Recorder Data 1 |
| 636 | (ID) | 2009.02.05 - Email Chain re Accident Investigation |
| 637 | (ID) | 2009.02.27 - Email from Whitson re Incident Helicopter |
| 638 | (ID) | 2009.03.04 - Email from Sharkey re Incident Helicopter Damage |
| 639 | (ID) | 2009.05.12 Email from Sharkey re Inspection of Fuel System |
| 640 | (ID) | West Pilot License |
| 641 | | Cockpit Photograph |
| 642 | (ID) | Cockpit Photograph 2 |
| 643 | | Incident Helicopter Helicopter Standard Airworthiness Certificate |
| 644 | | Incident Helicopter Registration |
| 645 | | Photograph of Cockpit Lamps 1 |
| 646 | | Photograph of Cockpit Lamps 2 |
| 647 | (ID) | 2012 West Airman Competency and Proficiency Check |
| 648 | (ID) | CEB 73-6052 |
| 649 | (ID) | Drukteinis Examination Notes |
| 650 | (ID) | West FAA Medical File |
| 651 | (ID) | Drukteinis Testing Results |
| 652 | (ID) | HMU Schematic - Metering Unit |
| 653 | (ID) | West ECU August 2012 ATP Test Data |

Handwritten annotations: "9/10" beside row 618; "9/14" beside row 628.

| 654 | (ID) | Bell RFM Snow Deflector Supplement |
|---|---|---|
| 655 | (ID) | Bell Standard Procedures Manual Chapter 8 - Miscellaneous Practices |
| 656 | | Bloomfield 13, Decatur IR Chart |
| 657 | | West ECU Incident Recorder and Snapshot Data - Bloomfield Ex. 14 |
| 658 | (ID) | Bell Product Data on Particle Separator and Vortex Generators |
| 660 | (ID) | European Airworthiness Directive re Tantalum Capacitors |
| 661 | (ID) | CEB 73-6036 - Bell Information Letter |
| 662 | (ID) | West Helicopter 2008 Maintenance Records |
| 663 | (ID) | West Helicopter 2007 Maintenance Records |
| 664 | (ID) | West Helicopter 2006 Maintenance Records |
| 665 | (ID) | West Helicopter 2005 Maintenance Records |
| 666 | (ID) | West Helicopter 2004 Maintenance Records |
| 667 | (ID) | Kemet Tantalum Capacitor Spec Sheet 2 |
| 668 | (ID) | Summary of Records Indicating Damaged SMT Capacitors |
| 669 | (ID) | Summary of Tantalum Capacitor Failures |
| 670 | (ID) | NTSB Pilot-Operator Report for West Incident |
| 671 | (ID) | NTSB Memorandum for Record re Newcomb Email |
| 672 | | 250-C47B Engine Cross Section Schematic |
| 673 | | 250-C47B - Airflow and Combustion Schematic |
| 674 | | 250-C47B - Engine Cross Section Schematic |
| 675 | | 250-C47B - Right Side Labeled Photograph |
| 676 | | 250-C47B - Rear View Labeled Photograph |
| 677 | | 250-C47B - Left Side Labeled Photograph |
| 678 | | 250-C47B - Airflow Schematic |
| 679 | | West ECU Incident Recorder Plot Color - Riser Ex. G |
| 680 | (ID) | 2013.05.09 Email from Slane to McBrine on Overspeed Question |
| 681 | (ID) | Slane Testing Data |
| 682 | (ID) | Slane Testing Data 2 |
| 683 | (ID) | Irwin Incident Slane File |
| 683A | (ID) | Irwin Incident Slane File RD |
| 684 | (ID) | CEB 73-6056 |
| 685 | (ID) | Blank Application for Airman Medical Certificate |
| 686 | (ID) | West First Class Medical Certificate 2009 |
| 687 | (ID) | West ECU 2012 ATP Results |
| 688 | | 250-C47 1996 Water Slug Ingestion Test |
| 689 | (ID) | Decatur Incident NTSB Pilot Operator Report |
| 690 | (ID) | PHI Incident NTSB Safety Recommendation |
| 691 | (ID) | Decatur Incident Rolls Royce Accident Report Closure *Subject to Redaction* |
| 692 | (ID) | Decatur Incident Incident Recorder Data |
| 693 | (ID) | PHI Incident Rolls Royce Accident Closure Report |
| 694 | (ID) | Decatur Incident Rolls Royce Engine Investigation Report |
| 695 | (ID) | 2007.05.16 Email re Model 250 Turboshaft FADEC Manual - Ronan 238 / redacted version |
| 696 | (ID) | Bell Standard Procedures Manual |
| 697 | (ID) | Bell 407 Rotorcraft Flight Manual Rev. 5 |

| | 699 | (ID) | DHHS Life Expectancy Table |
|---|---|---|---|
| | 700 | (ID) | Slane Report - Slane Ex. 9 |
| | 701 | (ID) | ECU Inspection Photograph 1 |
| | 702 | (ID) | ECU Inspection Photograph 2 |
| | 703 | (ID) | ECU Inspection Photograph 3 |
| | 704 | (ID) | ECU Inspection Photograph 4 |
| | 705 | (ID) | ECU Inspection Photograph 5 |
| | 706 | (ID) | ECU Inspection Photograph 6 |
| | 707 | (ID) | Trauma Center Supervisory Notes |
| | 708 | (ID) | CEB 73-6032 |
| 9/9 | 709 | (ID) | EMC-35A Color Drawing |
| | 710 | (ID) | Bell 407 FADEC System Training Class |
| | 711 | (ID) | Decatur Incident 2010.02.23 Email Chain |
| | 712 | (ID) | Decatur Incident NTSB Preliminary Report |
| | 713 | (ID) | Decatur Incident Video |
| | 714 | (ID) | Slane Report - Slane Ex. 1 |
| | 715 | (ID) | 2013.04.18 McBrine Email – Slane Ex. 7 |
| | 716 | (ID) | Rucker Incident – Slane Ex. 12 |
| | 717 | (ID) | Polar First Excerpts |
| 9/11 | 728 | (ID) | West Test Emergency Shutdown Comparative IR Plot with Snapshots |
| | 729 | (ID) | IR Data from Decatur TX Flameout |
| 9/11 | 730 | (ID) | KW TES Comparison |
| | 731 | (ID) | West Decatur Comparative IR plot |
| 9/24 | 732 | (ID) | West Decatur Comparative IR plot with snapshots |

Respectfully Submitted,

KURT WEST

By His Attorneys

_/s/ Joan A. Lukey_

Joan A. Lukey, N.H. Bar ID #16246
Justin J. Wolosz, *admitted pro hac vice*
Jesse M. Boodoo, *admitted pro hac vice*
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
joan.lukey@ropesgray.com
jesse.boodoo@ropesgray.com

Date: September 9, 2013

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

West

v.

Bell Helicopter Textron Inc
et al

Case # 10-CV-214 JL

**EXHIBITS**

OFFERED BY: Plaintiff

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 724 ~~IO~~ | Receipt |
| 725 ~~IO~~ 9/17 | Return Check, receipt |
| 726 ~~IO~~ 9/17 | Receipt |
| 727 ~~IO~~ 9/17/13 | 5/16/07 Clinic visit |
| 719 | Nashua West Adult Consolidated Report |
| 721 | Dartmouth Hitchcock Consolidated Report |
| 722 | 12/16/09 Lahey Consolidated Report |
| 722(X) | Supplemental Report - Lahey |
| 733 (10) | Sharkey email re: speedway Aviation |
| 734 (10) | Demo Model of Bell 407 (will be substituted @ end of trial with a photo |
| 735 (10) | Helicopter Wheels |
| 736 (11) ~~crossed out~~ | Plenum Chamber (lg physical exhibit) |
| 737 (10) ~~crossed out~~ | ~~crossed out~~ moved in by A |
| P 312(a)(X) | Blow-up - entered by A's |
| P 720 | Concord Hospital Consolidated Record |

USDCNH-25 (2-96)