# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KURT WEST, Plaintiff v. BELL HELICOPTER TEXTRON, INC., GOODRICH PUMP AND ENGINE CONTROL SYSTEMS, INC., AND ROLLS-ROYCE CORP. Defendants | Civil Action No. 10-cv-214-JL |

## STIPULATION OF DISMISSAL SUBJECT TO 30 DAY ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kurt West and Defendants Bell Helicopter Textron, Inc., Goodrich Pump and Engine Control Systems, Inc., and Rolls-Royce Corporation hereby stipulate that all claims, as well as all pending or potential motions or other pending or potential requests for relief, by all parties, are dismissed with prejudice and without costs, to become final in 30 days upon completion of Defendants' payment obligation. Thereafter, all rights of appeal are waived.

Submitted December 21, 2017,

 **KURT WEST**

 By his Attorneys,

 */s/ Joan A. Lukey*
 Joan A. Lukey, Esq.
 Justin J. Wolosz, Esq.
 Choate Hall & Stewart LLP
 Two International Place
 Boston, MA 02110

Tel: (617) 248-5000

**ROLLS-ROYCE CORPORATION**

By its Attorneys,

*/s/ Martha C. Gaythwaite*
Martha C. Gaythwaite, Esq.
Marie J. Mueller, Esq.
Verrill Dana LLP
One Portland Square
Portland, ME 04112
Tel: (207) 774-4000

**GOODRICH PUMP AND ENGINE
 CONTROL SYSTEMS, INC.**

By its Attorneys,

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle, Esq.
Mark T. Heinzelman, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Center, Third Floor
Boston, MA 02129
Tel: (617) 241-3000
        and
Jason L. Vincent, Esq.
Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
Tower 49
Twelve East 49th Street, 31st Floor
New York, NY 10017
(212) 937-4000

**BELL HELICOPTER TEXTRON, INC.**

By its Attorneys,

*/s/ Brian M. Quirk*

L. Robert Bourgeois
John P. O'Flanagan
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Blvd., Suite 1500
Tampa, FL  33602
Tel.:  (813) 221-1500
           and
Brian M. Quirk, Esq.
Preti Flaherty, PLLP
PO Box 1318
57 North Main Street
Concord, NH 03302-1318
Tel: (603) 410-1530
