U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2018 FEB 12 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF NEW HAM...
FEB 12 ...
FILED

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Pamela E. Phelan, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

February 12, 2018

To:      Kurt West

From:    Charli Pappas, Deputy Clerk

Re:      Kurt West, Case No. 10cv214JL,

Enclosed find exhibit(s) listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: Jury Trial exhibits 1-732

*******************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: _Feb 12, 2018_      By: _Kurt_

Counsel for: _____